United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Steven Maciejka, Plaintiff, )<br>)<br>v. )<br>)<br>Jabaria Williams and others, )<br>Defendants. ) | Civil Action No. 16-21031-Civ-Scola |

### <u>Order Adopting Magistrate Judge's Report And Recommendation</u>

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On July 19, 2017, Judge White issued a report, recommending that the Court grant the Plaintiff's motion to voluntarily dismiss the claims against Defendants Lazar Grubin, Shakita Wilcox, and John Doe #3. (Report of Magistrate, ECF No. 49.) No objections have been filed, and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 49**). The Court **grants** the Plaintiff's Motion to Dismiss Certain Defendants (**ECF No. 43**) and **dismisses** the claims against Defendants Lazar Grubin, Shakita Wilcox, and John Doe #3.

**Done and ordered**, at Miami, Florida, on August 7, 2017.

Robert N. Scola, Jr.
United States District Judge