UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:16-cv-21031-RNS

STEVEN JOSEPH MACIEJKA,

    Plaintiff,

v.

JABARIA WILLIAMS, et al.,

    Defendants.
_____/

## DEFENDANTS' AGREED MOTION FOR STAY OF CASE DEADLINES PENDING SETTLEMENT

Defendants JABARIA WILLIAMS, ALBA DIAZ and RACHELLE MARTIN, by and through their undersigned counsel and with the agreement of Plaintiff STEVEN MACIEJKA, file their Agreed Motion for Stay of Case Deadlines Pending Settlement and in support thereof states as follows:

1. Plaintiff alleges in this 42 U.S.C. § 1983 action that Defendants violated his First Amendment religious rights while he was incarcerated at Dade Correctional Institution.

2. On July 27, 2018, the Court entered an Order denying Defendants' Motion to Dismiss. (D.E. 71.) Defendants filed their Answer to the Second Amended Complaint on August 15, 2018. (D.E. 72.)

3. On August 21, 2018, the Court entered an Order Scheduling Pretrial Proceedings. The Order set a number of deadlines and cutoffs, which begin as soon as September 4, 2018, with the deadlines for joining parties, amending the pleadings and filing pretrial statements. (D.E. 75.) The deadline for dispositive motions follows on September 10. (Id.)

4. The parties had been in settlement discussions prior to the entry of both Orders, and as of last week have reached an agreement in principle.

5. As of this filing, the formal written agreement still needs to be finalized and approved by all parties. Additional time will then be needed for the parties to perform their settlement obligations. Barring unforeseen delay, it is expected that review, execution and full performance of the settlement will take no more than 60 days.

6. Having agreed in principle to resolve this case, the parties wish to avoid incurring additional time and costs of litigation in the interim, especially given the numerous upcoming deadlines.

7. Therefore, Defendants with Plaintiff's agreement move for a stay of all deadlines for a period of 60 days.

8. The undersigned certifies that prior to filing this Motion, he conferred with the *pro se* Plaintiff who agrees with the relief sought herein.

## MEMORANDUM OF LAW

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am Co., 299 U.S. 248, 254 (1936). Stays have been deemed appropriate when there is "the possibility of avoiding unnecessary expenses while the parties engage in mediation or settlement discussions that might conserve the parties' resources and promote judicial economy." Chico v. Dunbar Armored, Inc., 2017 WL 4476344, at *2 (S.D. Fla. 2017).

Given that all parties agree on the stay, no party will be prejudiced if it is granted. Moreover, the settlement once completed will resolve all issues in this case and conserve judicial resources.

WHEREFORE, Defendants with Plaintiff's agreement respectfully request that this Court enter a 60-day stay of all deadlines and award any such other relief as it deems just and equitable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2018, I electronically filed the foregoing document using CM/ECF and served it upon Steven Joseph Maciejka, *pro se*, via regular U.S. mail at 440 St. Charles Ave., Merritt, Island, FL 32953.

Respectfully Submitted,

PAMELA JO BONDI
FLORIDA ATTORNEY GENERAL

s/      Shane Weaver
SHANE WEAVER, ESQ.
Senior Assistant Attorney General
Florida Bar No. 907421

Office of the Attorney General
1515 N. Flagler, Suite 900
West Palm Beach, Florida 33401
Tel. (561) 268-5216
Fax. (561) 837-5102
Shane.Weaver@myfloridalegal.com